COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Cause number: 01-13-00864-CV

Style: HS Tejas, Ltd.

**v** City of Houston

Date motion filed*: March 19, 2014

Type of motion: Motion for Extension of Time to File Appellant's Brief and to Supplement Reporter's Record

Party filing motion: Appellant

Document to be filed: Appellant's Brief and Supplemental Reporter's Record

Is appeal accelerated? ☑ Yes ☐ No

If motion to extend time:

Original due date: April 2, 2014 (for filing Appellant's Brief)

Number of previous extensions granted: 0

Date requested: May 2, 2014 (for filing Appellant's Brief)

Ordered that motion is:

☑ Granted
If document is to be filed, document due:

☐ The Clerk is instructed to file the document as of the date of this order
☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

**Upon consideration of Appellant's "Unopposed Motion to Extend Time to File Appellant's Brief and to Supplement the Reporter's Record," the Court grants appellant's requests to (1) extend the deadline for filing appellant's brief to May 2, 2014, and (2) permit appellant to supplement the reporter's record.**

Judge's signature: /s/ Justice Michael Massengale
☑ Acting individually ☐ Acting for the Court

Panel consists of _____.

Date: March 25, 2014